UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | MUHAMMAD, RENFRO | § | Case No. 11-36184 |
|---|---|---|---|
| | FRYE, KEMBERLY DENISE | § | |
| | SAMPLES, RENFRO | § | |
| Debtor(s) | FRYE, KEMBERLY | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/10/2013 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/14/2012           By:   /s/Eugene Crane
                                        Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: MUHAMMAD, RENFRO § | Case No. 11-36184 |
| FRYE, KEMBERLY DENISE § | |
| SAMPLES, RENFRO § | |
| Debtor(s) FRYE, KEMBERLY § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $  20,035.49

*and approved disbursements of*   $  2,687.80

*leaving a balance on hand of* [1]   $  17,347.69

**Balance on hand:**   $  17,347.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $  0.00
Remaining balance:   $  17,347.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,753.55 | 0.00 | 2,753.55 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 6,094.00 | 0.00 | 6,094.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 346.31 | 0.00 | 346.31 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 989.00 | 0.00 | 989.00 |

Total to be paid for chapter 7 administration expenses:   $  10,182.86
Remaining balance:   $  7,164.83

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,164.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,164.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,829.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery IV LLC | 3,192.64 | 0.00 | 1,359.21 |
| 2 | CANDICA, LLC | 386.30 | 0.00 | 164.46 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | 2,326.39 | 0.00 | 990.42 |
| 4 | Jefferson Capital Systems LLC | 976.12 | 0.00 | 415.57 |
| 5 | Portfolio Recovery Associates, LLC | 801.22 | 0.00 | 341.10 |
| 6 | GE Capital Retail Bank | 328.95 | 0.00 | 140.04 |
| 7 | PYOD LLC | 8,453.91 | 0.00 | 3,599.10 |
| 8 | Illinois Bell Telephone Company | 363.92 | 0.00 | 154.93 |

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---:|
| Total to be paid for timely general unsecured claims: | $ | 7,164.83 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---:|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---:|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |


Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                        Case No. 11-36184-JPC
Renfro Muhammad                                               Chapter 7
Kemberly Denise Frye
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1         User: tmaurer               Page 1 of 3              Date Rcvd: Dec 17, 2012
                             Form ID: pdf006             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2012.
db           #+Renfro Muhammad,    131 Frederick,    Bellwood, IL 60104-1119
jdb           +Kemberly Denise Frye,    131 Frederick,    Bellwood, IL 60104-1119
17758582       AT & T Mobility,    P.O.Box 6428,    Carol Stream, IL 60197-6428
17758583      +Barclays Bank Delaware,    Attn: Customer Support Department,     Po Box 8833,
                Wilmington, DE 19899-8833
17758584      +Bariatric Institute,    PO Box 84,    Hinsdale, IL 60522-0084
17758585      +Cach Llc,   4340 South Monaco St. 2nd Floor,     Denver, CO 80237-3408
17758586      +Careone,   P.O. Box 129,    Columbia, MD 21045-0129
17758587      +Ccs/cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
17758588      +Chase Manhattan,    Attn: Bankruptcy Research Dept,     3415 Vision Dr,   Columbus, OH 43219-6009
17758589      +Circuit Court of Cook County,     Case# 10 CH 51564,    50 W Washington, Room 802,
                Chicago, IL 60602-1305
17758593      +Dvra Billing,    5620 Pasco Del Norte #127-233,    Carlsbad, CA 92008-4461
18108042       Empire Carpets,    333 Northwest Avenue,    Northlake, IL 60164-1604
17758595      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
17758596      +GE Capital,   80 Holtz Drive,     Buffalo, NY 14225-1470
17758599      +Hauselman & Rappin, LTD,    39 S. LaSalle Street, Suite 1105,     Chicago, IL 60603-1720
17758601      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
17758602      +Hsbc Bank,   Attn: Bankruptcy,     Po Box 5895,   Carol Stream, IL 60197-5895
18108043      +I.D.E.S.,   Benefit Repayments,     P.O.Box 6996,    Chicago, IL 60680-6996
18108044       Ill. Department of Employment Secur,     Benefit Repayments,    P.O.Box 19286,
                Springfield, IL 62794-9286
18480088      +Illinois Bell Telephone Company,     % AT&T Services Inc.,    James Grudus, Esq.,
                One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
18302517      +Jefferson Capital Systems LLC,     Purchased From COMPUCREDIT CORPORATION,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999,    Orig By: TRIBUTE CARD
18108045       Linebarger Goggan Blair & Sampson,     Tax Division- Cook County,    P.O.Box 06268,
                Chicago, IL 60606-0268
17758603      +Loyola University Health System,     2160 S. First Avenue,    Maywood, IL 60153-3328
17758604      +Lundstroms Jewelers,    Box 818823,    Dayton, OH 45401-8823
17758605      +Municipality Westchester IL,    10300 West Roosevelt Road,     Westchester, IL 60154-2568
17758606     #+Nationwide Credit & Co,    815 Commerce Dr. Suite 100,     Oak Brook, IL 60523-8839
17758607      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
17758610     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541)
17758608      +Palisades Collection,    Attn: Bankruptcy,    3348 Ridge Rd,    Lansing, IL 60438-3112
18485077      +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,     Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,     Atlanta, GA 30305-1636
17758611      +Progressive Insurance Company,     6300 Wilson Mills Rd,    Myfield Village, OH 44143-2182
17758612      +Sears/cbna,   701 East 60th St N,     Sioux Falls, SD 57104-0432
17758613      +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,     Po Box 20507,
                Kansas City, MO 64195-0507
17758614      +Sonnenschein Fnl Svcs,    2 Transam Plaza Dr Ste 3,     Oakbrook Terrace, IL 60181-4823
17758615      +Strategic Financial Companies,     101 E 90th Dr., # B,    Merrillville, IN 46410-7172
17758616       Tribute,   P.O.Box 105555,    Atlanta, GA 30348-5555
17758617      +Village of Forest Park,    517 Des Plaines,    Forest Park, IL 60130-1800
17758618      +Village of Stone Park,    1629 N. Mannheim Road,     Stone Park, IL 60165-1184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17758579      +E-mail/Text: KM@ARCONCEPTSINC.COM Dec 18 2012 02:24:28      A/r Concepts,    2320 Dean St,
                Saint Charles, IL 60175-1068
17758580      +E-mail/PDF: recoverybankruptcy@afninet.com Dec 18 2012 02:34:46       Afni, Inc.,
                Attention: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
18111083       E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2012 02:30:29
                Bureaus Investment Group Portfolio No 15 LLC,     c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18111044      +E-mail/Text: bncmail@w-legal.com Dec 18 2012 04:11:57      CANDICA, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
18089411       E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2012 02:33:11      Capital Recovery IV LLC,
                c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17758591      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 18 2012 02:23:56       Collection,
                Po Box 9134,   Needham, MA 02494-9134
17758592      +E-mail/Text: legalcollections@comed.com Dec 18 2012 02:23:13       Commonwealth Edison Company,
                Legal Revenue Recovery/Claims Dept,    Three Lincoln Center,     Oakbrook Terrace, IL 60181-4204
18419054       E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2012 02:35:01      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17758597       E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2012 02:32:26      GE Money Bank,    PO Box 960061,
                Orlando, FL 32896-0061
17758598       E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2012 02:34:34      Gemb/JC Penny,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
17758600      +E-mail/Text: BKNOTICES@EAFLLC.COM Dec 18 2012 02:50:56      Hilco Receivables/Equable Ascent Fi,
                Attn: Bankruptcy,    1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
```

```
District/off: 0752-1           User: tmaurer              Page 2 of 3                   Date Rcvd: Dec 17, 2012
                               Form ID: pdf006           Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18444213      +E-mail/Text: resurgentbknotifications@resurgent.com Dec 18 2012 02:18:12     PYOD LLC,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                            TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18356336*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Jc Penney,   POB 41067,
               Norfolk VA 23541)
17758581    ##+AT & T,   PO Box 8105,   Aurora, IL 60507-8105
17758590    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
17758594    ##+First Equity Card Corp,   P.O.Box 84075,   Columbus, GA 31908-4075
17758609    ##+Palomar Associates,   1959 Palomar Oaks Way St,   Carlsbad, CA 92011-1313
                                                                                 TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2012**                           **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: tmaurer              Page 3 of 3                  Date Rcvd: Dec 17, 2012
                               Form ID: pdf006            Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2012 at the address(es) listed below:
          Alfredo J Garcia    on behalf of Debtor Renfro  Muhammad notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          Alfredo J Garcia    on behalf of Joint Debtor Kemberly Denise Frye notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Eugene  Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Jose G Moreno    on behalf of Creditor    PennyMac Loan Services, LLC as servicer for PNMAC
           Mortgage Opportunity Fund Investors, LLC nd-one@il.cslegal.com
          Orlando  Velazquez    on behalf of Debtor Renfro  Muhammad notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          Orlando  Velazquez    on behalf of Joint Debtor Kemberly Denise Frye notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                      TOTAL: 8