**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MUHAMMAD, RENFRO | § | Case No. 11-36184 |
| FRYE, KEMBERLY DENISE | § | |
| SAMPLES, RENFRO | § | |
| Debtor(s) FRYE, KEMBERLY | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $126,610.00           Assets Exempt:  $43,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,164.83        Claims Discharged
                                                   Without Payment: $43,717.77

Total Expenses of Administration: $12,870.66

---

3) Total gross receipts of $     20,035.49    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of $20,035.49 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $196,156.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,870.66 | 12,870.66 | 12,870.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,021.54 | 16,829.45 | 16,829.45 | 7,164.83 |
| **TOTAL DISBURSEMENTS** | $242,177.54 | $29,700.11 | $29,700.11 | $20,035.49 |

4) This case was originally filed under Chapter 7 on September 02, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2013      By: /s/EUGENE CRANE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/50 interest in two unimproved, Texas, FMV @$12 | 1110-000 | 20,000.00 |
| Yearly royalties from oil and gas lease with Chi | 1129-000 | 35.49 |
| **TOTAL GROSS RECEIPTS** | | **$20,035.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage Inc | 4110-000 | 174,257.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 4110-000 | 13,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Hauselman & Rappin, LTD | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Circuit Court of Cook County | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nissan Motor Acceptanc | 4110-000 | 8,464.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$196,156.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,753.55 | 2,753.55 | 2,753.55 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,094.00 | 6,094.00 | 6,094.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 346.31 | 346.31 | 346.31 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 989.00 | 989.00 | 989.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 0.01 | 0.01 | 0.01 |
| Hunter Schuele | 3991-500 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Clerk of the U.S. Bankruptcy Court | 2700-000 | N/A | 11.00 | 11.00 | 11.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.70 | 37.70 | 37.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.57 | 35.57 | 35.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.41 | 40.41 | 40.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.42 | 35.42 | 35.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.01 | 39.01 | 39.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.71 | 37.71 | 37.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.99 | 33.99 | 33.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.98 | 39.98 | 39.98 |
| Illinois Department of Revenue | 2820-000 | N/A | 352.00 | 352.00 | 352.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,870.66 | $12,870.66 | $12,870.66 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery IV LLC | 7100-000 | N/A | 3,192.64 | 3,192.64 | 1,359.21 |
| 2 | CANDICA, LLC | 7100-000 | 593.00 | 386.30 | 386.30 | 164.46 |
| 3 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | 200.00 | 2,326.39 | 2,326.39 | 990.42 |
| 4 | Jefferson Capital Systems LLC | 7100-000 | 800.00 | 976.12 | 976.12 | 415.57 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 1,515.00 | 801.22 | 801.22 | 341.10 |
| 6 | GE Capital Retail Bank | 7100-000 | N/A | 328.95 | 328.95 | 140.04 |
| 7 | PYOD LLC | 7100-000 | 8,454.00 | 8,453.91 | 8,453.91 | 3,599.10 |
| 8 | Illinois Bell Telephone Company | 7100-000 | 406.39 | 363.92 | 363.92 | 154.93 |
| NOTFILED | Loyola University Health System | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 1,744.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 656.00 | N/A | N/A | 0.00 |
| NOTFILED | Lundstroms Jewelers | 7100-000 | 3,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola University Health System | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Linebarger Goggan Blair & Sampson Tax Division- Cook | 7100-000 | 222.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 254.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | I.D.E.S. Benefit Repayments | 7100-000 | 3,878.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Ill. Department of Employment Secur Benefit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola University Health System | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 198.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Shell Oil / Citibank | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sonnenschein Fnl Svcs | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Strategic Financial Companies | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Village of Stone Park | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Palisades Collection | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola University Health System | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Village of Forest Park | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Palomar Associates | 7100-000 | 930.00 | N/A | N/A | 0.00 |
| NOTFILED | Hilco Receivables/Equable Ascent Fi | 7100-000 | 3,193.00 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Insurance Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 239.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Municipality Westchester IL | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 1,094.00 | N/A | N/A | 0.00 |
| NOTFILED | AT & T Mobility | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bariatric Institute Of Greater Chic | 7100-000 | 266.00 | N/A | N/A | 0.00 |
| NOTFILED | Bariatric Institute | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison Company Legal Revenue | 7100-000 | 88.15 | N/A | N/A | 0.00 |
| NOTFILED | Dvra Billing | 7100-000 | 917.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection | 7100-000 | 89.00 | N/A | N/A | 0.00 |
| NOTFILED | Dvra Billing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ccs/cortrust Bank | 7100-000 | 544.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc | 7100-000 | 1,540.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Empire Carpets | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Careone | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $46,021.54 | $16,829.45 | $16,829.45 | $7,164.83 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-36184  
**Case Name:** MUHAMMAD, RENFRO  
FRYE, KEMBERLY DENISE  
**Period Ending:** 04/03/13

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 09/02/11 (f)  
**§341(a) Meeting Date:** 09/27/11  
**Claims Bar Date:** 02/14/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 131 Frederick, Bellwood IL 60104<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 99,400.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1/50 interest in two unimproved, Texas, FMV @$12<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 480.00 | 480.00 |  | 20,000.00 | FA |
| 3 | Cash on Hand<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account with Glenview State Bank<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking and savings- Bank of America<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. Household Goods: Sofa, Television, DVD Pla<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | family Pictures, CD's, DVD's and Books<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Used Personal Clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Costume Jewelry<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term Life Policy through United of Omaha Life In<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Term Life Policy through American Fraternal Unio<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | VA Benefits, $123.00 per month | Unknown | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-36184  
**Case Name:** MUHAMMAD, RENFRO  
  FRYE, KEMBERLY DENISE  
**Period Ending:** 04/03/13

**Trustee:**   (330350)   EUGENE CRANE  
**Filed (f) or Converted (c):** 09/02/11 (f)  
**§341(a) Meeting Date:** 09/27/11  
**Claims Bar Date:** 02/14/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | Pension- $357.00 per month<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Yearly royalties from oil and gas lease with Chi<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 |  | 35.49 | FA |
| 15 | Yearly royalites from Salt Water Lease with East<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | 2009 Chevrolet Malibu<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15,775.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2007 Nissan Versa<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,825.00 | 0.00 | DA | 0.00 | FA |
| 17 | **Assets   Totals** (Excluding unknown values) | **$127,090.00** | **$480.00** |  | **$20,035.49** | **$0.00** |

RE PROP# 1   Abandoned by Court Order 08/15/2012

**Major Activities Affecting Case Closing:**

    12/31/2011: Debtor has interest in oil and gas leases.   Received offer of $20,000.00 Filed motion to accept offer to be heard in 2012.  
    12/14: Final Hg set 01/10/2013 9:30am (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   December 4, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-36184 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | MUHAMMAD, RENFRO | | Bank Name: | Rabobank, N.A. |
| | FRYE, KEMBERLY DENISE | | Account: | ****794665 - Checking Account |
| Taxpayer ID #: | **-***7901 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/03/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 17,347.69 | | 17,347.69 |
| 01/14/13 | 11005 | EUGENE CRANE | Dividend paid 100.00% on $2,753.55, Trustee Compensation; Reference: | 2100-000 | | 2,753.55 | 14,594.14 |
| 01/14/13 | 11006 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $989.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 989.00 | 13,605.14 |
| 01/14/13 | 11007 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $6,094.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,094.00 | 7,511.14 |
| 01/14/13 | 11008 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $346.31, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 346.31 | 7,164.83 |
| 01/14/13 | 11009 | Capital Recovery IV LLC | Dividend paid 42.57% on $3,192.64; Claim# 1; Filed: $3,192.64; Reference: | 7100-000 | | 1,359.21 | 5,805.62 |
| 01/14/13 | 11010 | CANDICA, LLC | Dividend paid 42.57% on $386.30; Claim# 2; Filed: $386.30; Reference: | 7100-000 | | 164.46 | 5,641.16 |
| 01/14/13 | 11011 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid 42.57% on $2,326.39; Claim# 3; Filed: $2,326.39; Reference: | 7100-000 | | 990.42 | 4,650.74 |
| 01/14/13 | 11012 | Jefferson Capital Systems LLC | Dividend paid 42.57% on $976.12; Claim# 4; Filed: $976.12; Reference: | 7100-000 | | 415.57 | 4,235.17 |
| 01/14/13 | 11013 | Portfolio Recovery Associates, LLC | Dividend paid 42.57% on $801.22; Claim# 5; Filed: $801.22; Reference: | 7100-000 | | 341.10 | 3,894.07 |
| 01/14/13 | 11014 | GE Capital Retail Bank | Dividend paid 42.57% on $328.95; Claim# 6; Filed: $328.95; Reference: | 7100-000 | | 140.04 | 3,754.03 |
| 01/14/13 | 11015 | PYOD LLC | Dividend paid 42.57% on $8,453.91; Claim# 7; Filed: $8,453.91; Reference: | 7100-000 | | 3,599.10 | 154.93 |
| 01/14/13 | 11016 | Illinois Bell Telephone Company | Dividend paid 42.57% on $363.92; Claim# 8; Filed: $363.92; Reference: | 7100-000 | | 154.93 | 0.00 |

| | | | | ACCOUNT TOTALS | 17,347.69 | 17,347.69 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 17,347.69 | 0.00 | |
| | | | | **Subtotal** | **0.00** | **17,347.69** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$0.00** | **$17,347.69** | |

{} Asset reference(s)   Printed: 04/03/2013 04:14 PM   V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-36184  
**Case Name:** MUHAMMAD, RENFRO  
FRYE, KEMBERLY DENISE  
**Taxpayer ID #:** **-***7901  
**Period Ending:** 04/03/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******74-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/05/11 | {14} | Chinn Exploration Company | Royalties from gas and oil lease | 1129-000 | 11.56 | | 11.56 |
| 01/04/12 | {14} | Chinn Exploration Company | Royalties from gas and oil lease | 1129-000 | 11.57 | | 23.13 |
| 02/09/12 | {14} | Chinn Exploration Company | Royalties from gas and oil lease | 1129-000 | 12.36 | | 35.49 |
| 02/17/12 | {2} | Arminius Energy Trust | Proceeds from sale of interest in RE with gas, water and oil leases | 1110-000 | 20,000.00 | | 20,035.49 |
| 02/28/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-36184, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 0.01 | 20,035.48 |
| 02/28/12 | 1002 | Hunter Schuele | Payment of fee to leasing agent | 3991-500 | | 2,000.00 | 18,035.48 |
| 02/28/12 | 1003 | Clerk of the U.S. Bankruptcy Court | Fee to Certify Court Order | 2700-000 | | 11.00 | 18,024.48 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 17,999.48 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.70 | 17,961.78 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.57 | 17,926.21 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.41 | 17,885.80 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.42 | 17,850.38 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.01 | 17,811.37 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.71 | 17,773.66 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.99 | 17,739.67 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.98 | 17,699.69 |
| 11/13/12 | 1004 | Illinois Department of Revenue | 2012 IL Form 1041-V  FEIN# 38-7007901 | 2820-000 | | 352.00 | 17,347.69 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.00 | 17,311.69 |
| 12/06/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -36.00 | 17,347.69 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 17,347.69 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 20,035.49 | 20,035.49   $0.00 |
| Less: Bank Transfers | 0.00 | 17,347.69 |
| Subtotal | 20,035.49 | 2,687.80 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $20,035.49 | $2,687.80 |

{} Asset reference(s)

Printed: 04/03/2013 04:14 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 11-36184 | | **Trustee:** | EUGENE CRANE (330350) |
|---|---|---|---|---|
| **Case Name:** | MUHAMMAD, RENFRO | | **Bank Name:** | The Bank of New York Mellon |
| | FRYE, KEMBERLY DENISE | | **Account:** | 9200-******74-65 - Checking Account |
| **Taxpayer ID #:** | **-***7901 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/03/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :        20,035.49
———————
Net Estate :        $20,035.49

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****794665** | 0.00 | 17,347.69 | 0.00 |
| **Checking # 9200-******74-65** | 20,035.49 | 2,687.80 | 0.00 |
| | $20,035.49 | $20,035.49 | $0.00 |